**PRAECIPE**

# United States District Court
# for the District of Columbia

**FILED**
MAR 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the __10th__ day of __March__ ~~19~~ __2005__

__Chowdury__
vs.
__Towne Terrace West Condominiums, Et.al__

(Civil) Criminal
Action No. __04-CV00706__

The Clerk of said Court will __Note that the case has been settled in principle. Said agreement to be reduced in writing and executed by counsel as agreed by the parties.__

__3-10-05__
Date

__MD14639__
BAR IDENTIFICATION NO.

Wilbert Washington
9990 Lee Highway
Suite 200
Fairfax, VA 22030
703-352-1900

Signature

__Jimmy A. Bell, Esq.__
Print Name

__9610 Marlboro Pike__
Address

__Upper Marlboro, MD 20772__
City / State / Zip Code

__301-599-7620__
Phone Number

**CERTIFICATE OF SERVICE**

RECEIVED
MAR 10 2005
CHAMBERS OF
MAGISTRATE JUDGE ROBINSON