UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAN CHOWDHURY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-706 |
| v. ) | (EGS) |
| ) | |
| TOWNE TERRACE WEST ) | |
| CONDOMINIUM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the stipulation of counsel that **a settlement has been reached between the parties**, it is hereby

**ORDERED** that this case shall be removed from the active calendar of the Court, and it is

**FURTHER ORDERED** that within thirty (30) days from the date of this Order, a praecipe shall be filed with the Court informing the Court that this case is **SETTLED AND DISMISSED WITH PREJUDICE**; and it is

**ORDERED** that in the unlikely event a settlement is not reached, the parties are instructed to contact the Court to reinstate the matter to the active calendar.


SIGNED:   **EMMET G. SULLIVAN**
          **UNITED STATES DISTRICT JUDGE**
          **March 11, 2005**